# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ALICIA SPEARS,<br><br>            Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. EDCV 17-2114-JPR<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding for payment of benefits or further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action with prejudice is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: February 14, 2019

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE